Walter S. Klee, as Trustee, Respondent, v. Crossways Apartments Corporation and Others, Defendants. Cornaga Avenue Holding Corporation, Appellant; Frederick S. Benson, Receiver, Respondent.— Order confirming report of official referee and settling receiver's account affirmed, with costs. No

opinion. Kapper, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents from the affirmance of that part of the order which disposes of the rents collected under the first receivership.